# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

DESEAN LASKEY,
        Plaintiff(s)

vs.          Case Number:     4:12-CV-141

(1) OSCAR ARMANDO OSEGUERA, ET AL
(2) CBSL TRANSPORTATION SERVICES, INC. and
(3) SPARTA INSURANCE COMPANY
        Defendant(s)

## STATUS REPORT ON REMOVED ACTION

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. **Note:** Additional sheets may be used as necessary.

**I.**    **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

Court: Creek County-Bristow Division     Case Number: B-CJ-2011-36

**II.**    **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third Party Plaintiff(s), and Third Party Defendant(s) whether still pending or now termed/dismissed and indicate their party type. Also, please list the attorney(s) of record for each party and include their OBA number, firm name, correct mailing address, and phone number(including area code).

| | Party | Party Type | Attorney | Address Info |
|---|---|---|---|---|
| 1 | DeSean Laskey | Plaintiff | James Frasier, OBA# 3108<br>Frank W. Frasier, OBA# 17864<br>Steven R. Hickman, OBA# 4172 | 1700 Southwest Blvd.<br>Tulsa, OK 74107<br>(918) 584-4724 |
| 2 | Oscar Armando Oseguera | Defendant | A Mark Smiling, OBA 10672 | 9175 S. Yale Ave., Suite 300<br>Tulsa, OK 74137<br>(918) 477-7500 |
| 3 | CBSL Transportation Services, Inc. | Defendant | A Mark Smiling, OBA# 10672 | 9175 S. Yale Ave., Suite 300<br>Tulsa, OK 74137<br>(918) 477-7500 |
| 4 | Sparta Insurance Co. | Defendant | A Mark Smiling, OBA# 10672 | 9175 S. Yale Ave., Suite 300<br>Tulsa, OK 74137<br>(918) 477-7500 |

**III.   Jury Demand:**

Was a Jury Demand made in State Court        YES   X      NO   ____      Yes but rescinded ____

   Party:   Plaintiff                    Date:   October 24, 2011

**IV.   Complaints, Counter-Claims, Cross-Claims, Third- Party Complaints, Intervenor Complaints:**

Please list all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints and Amended Intervenor Complaints) filed in State Court and indicate the filing party, whom it is against and the date filed.

|   | Complaint-Type Document | Filed By | Against Whom | Date Filed |
|---|---|---|---|---|
| 1 | Petition | Plaintiff | Oscar Armando Oseguera, CBSL Transportation, Inc., and Lexington Insurance Co. | October 24, 2011 |
| 2 | First Amended Petition | Plaintiff | Oscar Armando Oseguera, CBSL Transportation, Inc. and Sparta Insurance Co. | November 15, 2011 |

**V.   Unserved Parties:**

The following parties have not been served at the time this case was removed.

|   | Party | Reason(s) for No Service |
|---|---|---|
| 1 | CBSL Transportation Services, Inc. | Plaintiff has not made Service |

**VI.   Answer**

Was an Answer made in State Court:        YES   X       NO ____

If "yes", by which part(ies), the document answered, and on what date:

|    | Party | Answer To | Date Filed |
|---|---|---|---|
| 1. | Oscar Armando Oseguera | First Amended Petition | November 16, 2011 |
| 2. | Sparta Insurance Company |  | February 10, 2012 |

**VII.    Nonsuited, Dismissed or Terminated Parties:**

Please list the parties who have been terminated or dismissed from the State Court action and indicate the date of termination/dismissal.

| Party | Date Termed/Dismissed |
|---|---|
| 1. | |
| 2. | |

**VIII. Remaining Claims of the Parties:**

Please list the complaint-type documents, from Section IV above, that are still pending.

| Complaint-Type Document | Filed By | Against Whom | Date Filed |
|---|---|---|---|
| First Amended Petition | Plaintiff | Oscar Armando Oseguera, CBSL Transportation, Inc. and Sparta Insurance Co. | November 15, 2011 |

**IX.    Pending Motions:**

| | Pending Motions | Filed By | Date Filed |
|---|---|---|---|
| 1 | Motion to Compel | Defendant Oscar Oseguera | January 12, 2012 |

Respectfully Submitted,

**SMILING, MILLER & VAUGHN, P.A.**

By___S/A. Mark Smiling_____
**A. MARK SMILING, OBA# 10672**
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
<u>slf@smilinglaw.com</u>
**Attorney for Defendant Oseguera**

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of March, 2012, I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James Frasier, OBA# 3108
Frank W. Frasier, OBA# 17864
Steven R. Hickman, OBA# 4172
1700 Southwest Blvd.
Tulsa, OK 74107
(918) 584-4724
Frasier@tulsa.com


I hereby certify that on ___ day of March, 2012, I served the same document by:

_____ U.S. Postal Service            _____ In Person Delivery

_____ Courier Service                _____ E-Mail


_____