# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

DESEAN LASKEY,
        Plaintiff(s)

vs.                                                                   Case Number:   12-CV-0141-CVE-FHM

OSCAR ARMANDO OSEGUERA, CBSL
TRANSPORTATION SERVICES, INC., and
SPARTA INSURANCE COMPANY,
        Defendant(s)

## JOINT STATUS REPORT

Jury Demanded:       [X] Yes     [ ] No

I.     Summary of Claims:   This is a claim for money damages for personal injuries received as a result of a motor vehicle collision. The claim sounds in negligence.

    A.     Claims to be Dismissed:     None

II.     Summary of Defenses:

    1. General denial of damages.
    2. General denial of negligence.
    3. General denial of the nature and extent of Plaintiff's alleged damages.
    4. General denial of the casual connection between Plaintiff's claim for damages and this accident.
    5. General denial of the reasonableness and necessity of medical treatment.
    6. General denial of the reasonableness of medical bills.
    7. In the event the jury will find any comparative negligence on the Plaintiff, then such negligence will bar or reduce Plaintiff's recovery.
    8. In the event Plaintiff is injured to the extent he is claiming, then such injuries are a result of pre-existing conditions, natural causes, or causes not related to this accident.
    9. Plaintiff has alleged punitive damages, which there is no evidence to support same, punitive damages are unconstitutional, Plaintiff's damages amount to the unlawful taking of property from the Defendant and this Defendant asserts that the claim for punitive damages should be dismissed or withdrawn as there is no set of facts that warrant them in this case.

    A.     Defenses to be Abandoned:     None

III.     Motions Pending (Include Docket Number, Description and Date at Issue):     None

IV. Stipulations:

    A. Jurisdiction Admitted:   [X] Yes   [ ] No (If no, explain.)

    B. Venue Appropriate:   [X] Yes   [ ] No (If no, explain.)

    C. Facts:   None

    D. Law:   None

V. Proposed Deadlines:

    A. Parties to be added by:   1 May, 2012

    B. Proposed discovery cutoff date (4 months of discovery unless extended by the court for good cause):   15 August, 2012

    C. Fact witness lists to be exchanged by:   1 May, 2012

    D. Proposed Date for Expert Reports by Plaintiff and Defendant:   15 July, 2012

VI. Fed. R. Civ. P. 26(f) Discovery Plan

    A. Should any changes be made to the timing, form or requirements for disclosures under Rule 26(a)?   [ ] Yes   [X] No

        If yes, please explain:   Not applicable

    B. When were or will initial disclosures under Rule 26(a)(1) be made?   26 April, 2012

        Note that pursuant to Rule 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing this discovery plan.  All parties are under an affirmative duty to (i) comply with the mandatory disclosure requirements, and (ii) notify the Court of any non-disclosure so that the issue can be promptly referred to a Magistrate Judge for resolution.  Failure of any party to disclose information, or failure of any party to bring disclosure issues to the Court's attention in a timely manner, may result in sanctions, including prohibiting the use of that information at trial, pursuant to Rule 37(c)(1).

    C. Should discovery be conducted in phases and/or should discovery be limited at this time to particular subject matters or issues?   [ ] Yes   [X] No

    D. Should any changes be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Court's local rules?   [ ] Yes   [X] No

        If yes, please explain:   Not applicable

    E. Proposed Number of fact and expert depositions:

        1. To be allowed for Plaintiff?   6 fact witnesses and 3 experts

        2. To be allowed for Defendant?   6 fact witnesses and 3 experts

F. Is there a need for any other special discovery management orders by the Court?

☐ Yes ☒ No

If yes, please explain: Not applicable

G. The parties are directed to Guidelines for Discovery of Electronically Stored Information on the public website at www.oknd.uscourts.gov for advise on the production of electronic information.

VII. Are Dispositive Motions Anticipated? ☐ Yes ☒ No If yes, describe them.

VIII. Do All Parties Consent to Trial before the Assigned Magistrate Judge? ☐ Yes ☒ No

If yes, please email a proposed Trial Consent to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov and indicate the month and year in which trial by the Magistrate Judge is Requested. Please do not file proposed documents as an attachment to a document. (Refer to section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

IX. Is there any matter that should be referred to the assigned Magistrate Judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1? ☐ Yes ☒ No

If yes, please email a completed, proposed Partial Consent form to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov. Please do not file proposed documents as an attachment to a document. (Refer to section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

X. Settlement Plan (Check one)

☐ Settlement Conference Requested after: _____

Describe settlement judge expertise required, if any:

☒ Private Mediation Scheduled in (date): before 1 September 2012    In August, 2012, being arranged at this time.

☐ Other ADR
   (Explain)

☐ ADR is not appropriate in this case
   (Explain)

Has a copy of the Court's ADR booklet been provided to clients as required?

Plaintiffs: ☒ Yes ☐ No

Defendants: ☒ Yes ☐ No

XII. Does this case warrant special case management? ☐ Yes ☒ No

If yes, explain why. Not applicable

XIII. Do the parties request that the Court hold a scheduling conference? ☐ Yes ☒ No

If a conference is not requested, or ordered by the Court, the Court will, after receiving this report, issue a scheduling order based on the information contained in this report.

XIV. Estimated trial time: 3 days

Joint Status Report                                                                                          CV-03 (6/10)

Read and Approved by: (Add additional lines or pages as needed)

| Attorney for Plaintiff Address: | /s/ James E. Frasier<br>James E. Frasier, OBA#3108<br>Frasier, Frasier & Hickman, LLP<br>1700 Southwest Boulevard<br>Tulsa, Oklahoma  74107<br>918/584-4724<br>FAX No.:  918/583-5637<br>E-mail: frasier@tulsa.com | Attorney for Defendant Address: | /s/ A. Mark Smiling<br>A. Mark Smiling, OBA#10672<br>Smiling, Miller & Vaughn, P.A.<br>9175 South Yale Avenue, Suite 300<br>Tulsa, OK 74137<br>918-477-7500<br>FAX No.: 918-477-7510 |
|---|---|---|---|